IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA 05-1307 |
| | ) Judge Schwab |
| COUNTY OF ALLEGHENY, et al., | ) Magistrate Judge Caiazza |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on September 19, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Local Rule 72.1.4.

The magistrate judge's Report and Recommendation, filed on November 11, 2005, (Doc. 3) recommended that the Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) should be denied and that he be required to pay the full filing fee of $250.00 within twenty (20) days following the entry of the Memorandum Order or suffer dismissal of this action. The Plaintiff was allowed ten (10) days from the date of service to file objections and twenty (20) days from the date of service to pay the full filing fee of $250.00. Service was made on the Plaintiff by First Class United States Mail delivered to the State Correctional Institution at Mahanoy, Frackville, Pennsylvania, were he is incarcerated. No objections have been filed nor has the full filing fee of $250.00 been received. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of December, 2005;

IT IS HEREBY ORDERED that the Plaintiff's application for leave to proceed <u>in forma pauperis</u> (Doc. 1) is denied and that the complaint is dismissed.  The Plaintiff may reopen this case within the applicable limitations period by the payment of the full filing fee of $250.00.

The Report and Recommendation of United States Magistrate Judge Francis X. Caiazza, dated November 17, 2005 (Doc. 3), is adopted as the opinion of the court insofar as it recommends the dismissal of this action.

       s/Arthur J. Schwab
       **Arthur J. Schwab**
       **U.S. District Court Judge**

cc:
Honorable Francis X. Caiazza
United States Magistrate Judge

Edward L. Taylor, BW-5228
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

Edward L. Taylor, BW-5228
SCI Mahanoy
301 Morea Road
Frackville, PA 17932